```
     UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 08 B 02043
  NATWINA K THOMPSON
                                               CHAPTER 13

                                               JUDGE: MANUEL BARBOSA

         Debtor
  SSN XXX-XX-6008


------------------------------------------------------------------------------
                      TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 01/30/08 .

    2.  The case was dismissed without confirmation, 04/10/2008.

------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                           PAID           PAID
------------------------------------------------------------------------------
APPLIED CARD BANK          UNSECURED       NOT FILED           .00            .00
MONTEREY FINANCIAL SVCS    UNSECURED       NOT FILED           .00            .00
CAPITAL ONE BANK           UNSECURED       NOT FILED           .00            .00
CAPITAL ONE BANK           UNSECURED       NOT FILED           .00            .00
THE CHICAGO DEPT OF REVE   UNSECURED       NOT FILED           .00            .00
EMERGE MASTERCARD          UNSECURED       NOT FILED           .00            .00
ERIN CAPITAL MANAGEMENT    UNSECURED       NOT FILED           .00            .00
GUARANTY BANK              UNSECURED       NOT FILED           .00            .00
ILLINOIS TOLLWAY AUTHORI   UNSECURED       NOT FILED           .00            .00
IQ TELECOM                 UNSECURED       NOT FILED           .00            .00
MCI COMMUNICATIONS         UNSECURED       NOT FILED           .00            .00
MEIJERS INC                UNSECURED       NOT FILED           .00            .00
NCO FINANCIAL SYSTEMS      UNSECURED       NOT FILED           .00            .00
NORTHERN ILLINOIS EMERGE   UNSECURED       NOT FILED           .00            .00
PROVENA MERCY              UNSECURED       NOT FILED           .00            .00
ROSIE PETTIS               UNSECURED       NOT FILED           .00            .00
THE HABITAT COMPANY        UNSECURED       NOT FILED           .00            .00
         Summary of disbursements:
------------------------------------------------------------------------------
                   SECURED      PRIORITY    UNSECURED       OTHER         TOTAL
------------------------------------------------------------------------------
TOTAL CLMS ALLOWED      .00          .00          .00          .00           .00
PRINCIPAL PAID          .00          .00          .00          .00           .00
INTEREST PAID           .00          .00          .00          .00           .00
TOTAL PAID              .00          .00          .00          .00           .00
The Debtor's attorney, MELVIN J KAPLAN              , was allowed $         .00
and was paid $        .00 .

The Trustee received $         .00 .

Refunds to the Debtor totaled $        .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.
```

```
Dated: 07/17/08                           /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE
```

```
                         PAGE  2
         CASE NO. 08 B 02043 NATWINA K THOMPSON
```